Shirley K. BAKER, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2010–3136.

United States Court of Appeals, Federal Circuit.

Feb. 2, 2011.

## ORDER

Petitioner having complied with the court's September 21, 2010 by filing the required brief,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's September 21, 2010 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's should calculate its brief due date from the date of filing of this order.